UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CEASAR R. BANKS,**

    **Plaintiff,**

  v.        Case No. 12-CV-1063

**SANDY FENET,**

    **Defendant.**

## ORDER

Plaintiff has filed a motion for reconsideration regarding the order assessing the initial partial filing fee. However, plaintiff paid the initial partial filing fee in this case on November 13, 2012. He also references paying the fee in his other case, Case Number 12-CV-1064-LA, but payment of the initial partial fee in that case will be addressed separately in the other case.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (Docket #11) is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin, this 29th day of January, 2013.

                                      s/ Lynn Adelman

                                      LYNN ADELMAN
                                      District Judge